**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OLIN LEVY, | No. C-10-05116 EDL |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL** |
| | **FOR PURPOSES OF DETERMINING** |
| v. | **RELATIONSHIP OF CASES** |
| SAN MATEO COUNTY, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12 (c), the Court refers this matter to Magistrate Judge Donna Ryu with a request that she consider whether it is related to <u>Levy v. State of California</u>, Case No. C10-05113 DMR.

**IT IS SO ORDERED.**
Dated: December 8, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge